**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JATINDER PAL SINGH,** | : | Case No. 1:26-cv-130 |
| Petitioner, | : | |
| vs. | : | Judge Matthew W. McFarland |
| **DIRECTOR, DETROIT FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | : | Chief Magistrate Judge Stephanie K. Bowman |
| Respondents. | | |

**ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER**

Petitioner, Jatinder Pal Singh, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 19, 2026**.

**IT IS SO ORDERED.**

February 12, 2026   *s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge