**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **JATINDER PAL SINGH,** | : | Case No. 1:26-cv-130 |
| Petitioner, | : | |
| vs. | : | Judge Matthew W. McFarland |
| **KEVIN RAYCRAFT, et al.,** | : | Chief Magistrate Judge Stephanie K. Bowman |
| Respondents. | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 4). They have now done so. (Doc. 5). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due: March 5, 2026
- Singh's Reply Due: March 20, 2026

Additionally, the Court will conduct any status conference as needed.

**IT IS SO ORDERED.**

February 18, 2026

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge