**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| JATINDER PAL SINGH, | : | Case No. 1:26-cv-130 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| KEVIN RAYCRAFT, et al., | : | |
| | : | |
| Respondents. | : | |

**JUDGMENT IN A CIVIL CASE**

|  | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

1) The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE; and
2) This matter is TERMINATED from the Court's docket.


Dated:  April 8, 2026.                          Richard W. Nagel, Clerk of Court
                                                  By: */s/ Kellie A. Fields*
                                                        Deputy Clerk